# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130346

JULIA A. TROUPE and BARBARA SMITH,
    Plaintiffs-Appellants,

v

PROVIDENT CONSUMERS FINANCIAL,
    Defendant-Appellee.

SC: 130346
COA: 263285
Wayne CC: 04-406441-CH

_____/

    On order of the Court, the application for leave to appeal the December 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

d0424